# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00468-CV

**Phillip G. "Baby Shark" Scott, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NO. CR2023-382, THE HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

By letter dated September 18, 2023, this Court through its clerk asked appellant, Phillip G. "Baby Shark" Scott, to explain the basis of this Court's jurisdiction. The letter explained that this interlocutory appeal does not appear to be permissible. Scott did not respond by the September 28, 2023 deadline or since.

We dismiss this appeal. *See* Tex. R. App. P. 42.3(a), (c).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed

Filed: October 31, 2023